# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| United States of America<br>Plaintiff<br><br>v.<br><br>Yuh Ju Chu a/k/a Ivan Chu,<br>And<br>Hsien Kong Yeh a/k/a Gloria Chu,<br><br>Defendants | Case No. Maj 2009-59<br>CRIM # 2010-3 |



## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of George Hodge Jr. Esq., attorney for Defendant Hsien Kong Yeh a/k/a Gloria Chu and said attorney's affidavit in support; it is hereby

**ORDERED** that the motion to admit Michael M Lin, NV Bar #10392, LIN LAW GROUP, 5288 Spring Mtn Rd., Ste 103, Las Vegas, NV 89146, 702-871-9888, 702-648-0888 fax, Email: linlawgroup@gmail.com is **GRANTED**, and it is

**ORDERED** that Michael Lin be admitted to practice pro hac vice as counsel for Defendant Hsien Kong Yeh a/k/a Gloria Chu in the above captioned case in the United States District Court for the District of Virgin Islands, and it is further

**ORDERED** that All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.vid.uscourts.gov

Dated: February 8, 2010

GEOFFREY BARNARD
United States Magistrate Judge

ATTEST:

WILFREDO MORALES
Clerk of the Court